# UNITED STATES BANKRUPTCY COURT
*Western District of Texas*

**511 E. San Antonio Avenue, Suite 444**
**El Paso, Texas 79901**

*YVETTE M. TAYLOR*  (915) 779–7362
*CLERK OF COURT*

**DATE:** December 1, 2016

**Carlos Miranda**
**Miranda & Maldonado, P.C.**
**5915 Silver Springs, Bldg. 7**
**El Paso, TX 79912**

**RE: Order Due**

    Bankruptcy Case No.: **15–31917–hcm**
    Case Style: H&J Alamo Auto Glass, Inc.

Dear Mr. Miranda:

    During a periodic review of case files and docket sheets, the Clerk's Office records reflected that you were directed to prepare a form of order in conformance with the Court's ruling on 11/10/2016

101 – 49
*49* – Amended Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)(Miranda, Carlos) (related document(s): 48 Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): 43 Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Miranda, Carlos) (related document(s): 42 Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E))))

    According to our files, no such order has been entered, and as a result, the court records are incomplete.

    Please submit a form of order, resolving the above–referenced matter, by **12/22/16**. If no order is received, the Court may dismiss the matter for want of prosecution.

    Yvette M. Taylor
    Clerk, U. S. Bankruptcy Court

    BY: Jerrie Bryant

**IF AN ORDER HAS ALREADY BEEN SENT, PLEASE DISREGARD THIS LETTER.**