

5915 Silver Springs, bldg. 7
El Paso, Texas 79912

# Statement

Invoice # 4073
Date: 01/06/2017
Due Upon Receipt

H&J Alamo Auto Glass, Inc.
c/o Mr. John Munoz, President
1555 Pellicano Dr.

El Paso, Texas 79936-6049

## 1846.002

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 04/13/2016 | First class mail letter sent to John Munoz (President) regarding Texas Comptroller of PA | 1.00 | $0.49 | $0.49 |
| Expense | 06/08/2016 | Postage (First Class) | 1.00 | $0.47 | $0.47 |
| Expense | 07/25/2016 | Kwik Kopy - copies and binding (15) | 1.00 | $214.62 | $214.62 |
| Expense | 07/25/2016 | Plan and realted documents sent to Creditors via US Postal Service First Class Priority Mail. | 1.00 | $75.45 | $75.45 |
| Expense | 09/29/2016 | Filing fee for amended schedule F. | 1.00 | $30.00 | $30.00 |
| Expense | 11/08/2016 | Binding Fees - Fed Ex Office | 1.00 | $29.71 | $29.71 |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| | | **Subtotal** | **$350.74** |

## 1846.005

## Creditor Inquiries

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Type | Attorney | Date | Description | Quantity | Rate | Total |
|------|----------|------|-------------|----------|------|-------|
| Service | CAM | 04/22/2016 | Receive and review correspondence from Internal Revenue Service against Debtor's Principals relating to Trust Fund liability and requests for documentation from debtor to make assessment of same. Draft email to John Munoz regarding what the Letters mean, to arrange meeting with Revenue Officer, and to let me know when meeting is so I can attend on behalf of the Debtor. | 1.00 | $300.00 | $300.00 |
| Service | CAM | 08/02/2016 | Draft email to Tony Aguilar forwarding a number of pleadings, including Original Disclosure Statement and Plan of Reorganization reflecting that tax claims of IRS and Comptroller are being paid under adequate protection agreements as well as provided for under Original Plan of Reorganization. | 0.20 | $300.00 | $60.00 |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Carlos Miranda | 1.2 | $300.00 | $360.00 |
| | | **Subtotal** | **$360.00** |

## 1846.006

## Disclosure Statement/Plan

| Type | Attorney | Date | Description | Quantity | Rate | Total |
|------|----------|------|-------------|----------|------|-------|
| Service | CAM | 04/22/2016 | Review status of preparation of Disclosure Statement. | 0.30 | $300.00 | $90.00 |
| Service | GP | 04/29/2016 | Revise, finalize and circulate Disclosure Statement. | 3.50 | $200.00 | $700.00 |
| Service | CAM | 05/01/2016 | Receive and reply to email from Juan Munoz asking about when confirmation date is. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 05/10/2016 | Revise and finalize all aspects of Debtor's Original Disclosure Statement. | 1.00 | $300.00 | $300.00 |
| Service | CAM | 05/10/2016 | Draft emails to Kevin Epstein regarding filing of Debtor's Original Disclosure Statement. | 0.20 | $300.00 | $60.00 |
| Service | CAM | 05/12/2016 | Office conference with G. Perez, Mr. and Mrs. Munoz to review final draft of Debtor's Original Disclosure Statement. G. Perez | 0.60 | $300.00 | $180.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | attended first and I came after they had started to review DS. | | | |
| Service | GP | 05/12/2016 | Revise Plan and D/S, meet with client and research new value issues as well as other legal arguments and exceptions to the Absolutely Priority Rule. | 3.00 | $200.00 | $600.00 |
| Service | CAM | 05/12/2016 | Draft Section of Disclosure Statement and Plan of Reorganization relating to grounds for New Value Exception. | 1.00 | $300.00 | $300.00 |
| Service | CAM | 05/13/2016 | Conduct additional research regarding Absolute Priority Rule and status of New Value Exception. | 1.00 | $300.00 | $300.00 |
| Service | GP | 05/13/2016 | Receive and review of payments made by principals to attribute to new value. | 0.30 | $200.00 | $60.00 |
| Service | CAM | 05/13/2016 | Draft email to Kevin Epstein regarding status of Original Disclosure Statement. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 05/19/2016 | Revise and finalize all aspects of Debtor's Original Disclosure Statement. Finalize section providing for potential new value exception to the absolute priority rule. Draft section reflecting Summary of Significant Orders and Notices entered during the case. | 1.00 | $300.00 | $300.00 |
| Service | GP | 05/20/2016 | Confer with client and revise Disclosure statement. Circulate for approval. | 2.00 | $200.00 | $400.00 |
| Service | GP | 05/23/2016 | Re work Excel formulas and redraft projections in support of Plan. | 2.00 | $200.00 | $400.00 |
| Service | GP | 05/24/2016 | Travel to client's office and review projections and other related Plan and Disclosure statement matters. Return to office. | 2.20 | $200.00 | $440.00 |
| Service | CAM | 05/26/2016 | Review final draft of Projections received from client. | 0.40 | $300.00 | $120.00 |
| Service | CAM | 06/06/2016 | Receive and review Debtor's prepared Projects for Original Disclosure Statement and Plan of Reorganization. | 1.00 | $300.00 | $300.00 |
| Service | CAM | 06/06/2016 | Phone conference with Kevin Epstein, UST regarding questions relating to Debtor's Projections. | 0.20 | $300.00 | $60.00 |
| Service | GP | 06/06/2016 | Receive and review of emails from client projections. Review and conform to fit into a 5 year payment plan. Draft second set of projections with 100% payout to unsecured creditors in preparation for meeting with client. Circulate for approval. | 2.00 | $200.00 | $400.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | GP | 06/07/2016 | Review projections and travel co client's office to review plan payments and address missing payments on budget. Return to office. | 2.00 | $200.00 | $400.00 |
|---|---|---|---|---|---|---|
| Service | CAM | 06/07/2016 | Trip with GPER to Alamo Auto Glass to meet with Debtor's Principals to review revised Projections. | 2.00 | $300.00 | $600.00 |
| Service | CAM | 06/07/2016 | Draft email to K. Epstein regarding status of revised Projections for DS. | 0.10 | $300.00 | $30.00 |
| Service | GP | 06/07/2016 | Redraft projections based on meeting. Circulate for approval. | 1.00 | $200.00 | $200.00 |
| Service | GP | 06/09/2016 | Prepare exhibits in support of plan and disclosure statement. Circulate documents for approval. Receive and review of request for amendments. Revise, finalize and e-file Plan and Disclosure Statement. | 3.00 | $200.00 | $600.00 |
| Service | GP | 06/16/2016 | Receive and review of final accounting of Texas Comptroller of Public Accounts. Forward to client and CAM. | 0.20 | $200.00 | $40.00 |
| Service | GP | 06/22/2016 | Receive and review of emails from client with proof of payments not accounted for by the Texas Comptroller of Public Accounts and Texas Workforce Commission. Prepare various emails to counsel for these entities regarding the matter. | 0.50 | $200.00 | $100.00 |
| Service | GP | 06/29/2016 | Receive and review of e-mail from TWC's counsel alleging default post petition. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | GP | 07/08/2016 | Receive and review of Objection to Disclosure Statement filed by US Trustee. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 07/08/2016 | Receive and review Objection of the United States Trustee to Debtor's Original Disclosure Statement Filed by U.S. Trustee United States Trustee - EP12 (Epstein, Kevin) (related document(s): [42] Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)) and have same forwarded to John Munoz. | 0.30 | $300.00 | $90.00 |
| Service | GP | 07/11/2016 | Receive and review of email from client regarding objection by UST. Prepare response. | 0.20 | $200.00 | $40.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | GP | 07/13/2016 | Conduct telephone conference with AG regarding payments under the plan. | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|---|
| Service | GP | 07/14/2016 | Conduct various communications with UST, client and CAM regarding disclosure statement and all pending issues. Travel to court and obtain conditional approval of Disclosure Statement. Return to office and communicate with counsel for TWC. Receive proposed changes to Disclosure Statement. | 3.00 | $200.00 | $600.00 |
| Service | CAM | 07/14/2016 | Receive and review correspondence from Marian Lacey, IRS regarding revisions to Disclosure Statement and changes to language and amounts of IRS's secured, priority, and unsecured claims. | 0.50 | $300.00 | $150.00 |
| Service | GP | 07/18/2016 | Review projections and Disclosure statement based on communications with counsel for various creditors. | 4.50 | $200.00 | $900.00 |
| Service | CAM | 07/18/2016 | Revise and finalize First Amended Disclosure Statement (Redlined Version). | 0.50 | $300.00 | $150.00 |
| Service | GP | 07/19/2016 | Travel to client's office and review disclosure statement and projections. Return to office. | 2.00 | $200.00 | $400.00 |
| Service | GP | 07/19/2016 | Revise and finalize Disclosure Statement and exhibits. Draft Order Conditionally Approving Disclosure Statement as provided by court clerk. Deliver to UST for approval. | 1.00 | $200.00 | $200.00 |
| Service | CAM | 07/22/2016 | Receive and review following notices: CONFIRMATION Hearing to Consider and Act Upon the Following: (Related Document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.)(Miranda, Carlos) - Confirmation Hearing Set For 9/15/2016 at 10:00 AM at El Paso Courtroom. Hearing to Consider and Act Upon FINAL APPROVAL of the Following: (Related Document(s): [49] Amended Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.)(Miranda, Carlos) (related document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) Hearing | 0.20 | $300.00 | $60.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Scheduled For 9/15/2016 at 10:00 AM at El Paso Courtroom. | | | |
| Service | CAM | 07/22/2016 | Receive and review following Order: Order Approving Disclosure Statement . Ballot Due Date: 8/22/2016, Objection to Confirmation of Plan Due Date: 8/22/2016, Confirmation Of Plan Hearing Date and Time: 9/15/2016 @ 10:00 in San Antonio (related document(s): [49] Amended Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. | 0.20 | $300.00 | $60.00 |
| Service | GP | 07/22/2016 | Revise finalize and e-file Plan, DS with Exhibits and Order for Conditional Approval of DS. Receive approved order, draft and e-file Notice of Confirmation Hearing, Notice to Creditors, Certificate of Mailing and Ballots. Deliver to print shop for approval. | 4.00 | $200.00 | $800.00 |
| Service | CAM | 07/25/2016 | Receive additional Memo from Marian Lacey regarding new proposed treatment of IRS' secured claim. Advise that this is a confirmation issue instead of DS issue because DS has already been conditionally approved. | 0.20 | $300.00 | $60.00 |
| Service | GP | 07/25/2016 | Pick up Plan, Disclosure Statement and related documents from print shop. Copy missing documents and mail out to all creditors on the matter. E-mail electronic copies to counsel. | 1.00 | $200.00 | $200.00 |
| Service | CAM | 07/27/2016 | Receive and review email from Courtney Hull with Texas AG/TWC regarding changes to treatment of its claim in Disclosure Statement. | 0.10 | $300.00 | $30.00 |
| Service | GP | 07/29/2016 | Receive and review of fax from IRS with additoinal requests. | 0.20 | $200.00 | $40.00 |
| Service | GP | 08/02/2016 | Conduct various communications with US Attorney, AG and client regarding amendments to the Plan's terms. | 0.50 | $200.00 | $100.00 |
| Service | GP | 08/04/2016 | Receive and review of correspondence from IRS regarding total amount of claim to be treated under the Plan. Forward to Mr. Bass and client. | 0.20 | $200.00 | $40.00 |
| Service | GP | 08/17/2016 | Draft Order for confirmation after various communications with IRS, TWC and Comptroller. Redo computation and prepare emails to IRS counsel to verify amounts. Prepare email and circulate order for approval. | 3.00 | $200.00 | $600.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | CAM | 08/18/2016 | Revise and finalize Order Confirming Plan. | 1.00 | $300.00 | $300.00 |
|---|---|---|---|---|---|---|
| Service | CAM | 08/18/2016 | Receive and review revisions and corrections to proposed Order Confirming Plan from Counsel for Texas Comptroller of Public Accounts. | 0.20 | $300.00 | $60.00 |
| Service | GP | 08/18/2016 | Continue to work on proposed confirmation order. Conduct electronic communications with AG. Confer with client regarding proposed terms. Memorialize agreement and circulate for approval. | 1.50 | $200.00 | $300.00 |
| Service | CAM | 08/19/2016 | Review final version of Order Confirming Debtor's First Amended Plan of Reorganization after approval by attorneys from the Texas Attorney General's Office. | 0.30 | $300.00 | $90.00 |
| Service | GP | 08/22/2016 | Conduct various communications with IRS, TWC and Comptroller regarding voting deadlines and terms of proposed treatment. Deliver extra copies of ballots. Receive and review of IRS Ballots. Add electronic signature to confirmation order at the request TWC & Comptroller's counsel. | 1.00 | $200.00 | $200.00 |
| Service | CAM | 08/22/2016 | Receive and review Ballot of the Internal Revenue Service accepting Debtor's First Amended Plan of Reorganization. | 0.20 | $300.00 | $60.00 |
| Service | GP | 08/22/2016 | Review ballots, draft and e-file Ballot Summary in Support of Confirmation. | 1.00 | $200.00 | $200.00 |
| Service | CAM | 08/23/2016 | Review Ballot(s) received. Revise and finalize Ballot Summary for Amended Chapter 11 Plan (Small Business Debtor Case) filed by Debtor H&J Alamo Auto Glass, Inc. | 0.40 | $300.00 | $120.00 |
| Service | GP | 08/25/2016 | Receive and review of proof of payment of UST Fees. Forward to UST. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 09/02/2016 | Phone conference with Kevin Epstein, UST regarding Wrongful Termination lawsuit filed against Debtor. | 0.20 | $300.00 | $60.00 |
| Service | GP | 09/02/2016 | Revise, finalize and e-file First amended disclosure statement and plan of reorganization. | 1.00 | $200.00 | $200.00 |
| Service | GP | 09/07/2016 | Draft Proffer of Testimony in Support of Confirmation of First Amended Plan of Reorganization. Circulate for approval. | 2.50 | $200.00 | $500.00 |
| Service | CAM | 09/07/2016 | Review Proffer of Testimony for Confirmation Hearing. | 0.50 | $300.00 | $150.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | GP | 09/08/2016 | finalize and e-mail Proffer to client for execution. | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|---|
| Service | CAM | 09/09/2016 | Receive and review following Electronic Notice - Hearing RESET (Related Document(s): CONFIRMATION Hearing to Consider and Act Upon the Following: (Related Document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.)(Miranda, Carlos) - Confirmation Hearing Set For 9/15/2016 at 10:00 AM at El Paso Courtroom...COUNSEL FOR MOVANT IS RESPONSIBLE FOR NOTICE OF HEARING) Hearing Scheduled For 11/10/2016 at 10:00 AM at El Paso Courtroom. Email same to John Munoz. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 09/09/2016 | Conference with bookkeeper regarding financial projections. | 0.10 | $300.00 | $30.00 |
| Service | GP | 09/22/2016 | Draft and e-file Amended Notice of Confirmation Hearing and Certificate of Service. | 1.00 | $200.00 | $200.00 |
| Service | CAM | 10/14/2016 | Draft Modification to Debtor's First Amended Plan of Reorganization. Review same with GPER. Finalize Modification. Draft Notice of Deadlines Relating to Modification to Debtors Amended Plan of Reorganization (Doc. #48) Pursuant to 11 U.S.C. Section 1127(a) and Rules 2002(m) and 3019(a) filed by Carlos A. Miranda IIIfor Debtor H&J Alamo Auto Glass, Inc. Draft Certificate of Conference required by same Procedural Order. | 4.00 | $300.00 | $1,200.00 |
| Service | GP | 10/20/2016 | Receive and review of Objection to Confirmation of Plan filed by Wiley France James III for Creditor Javier Hernandez. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 10/20/2016 | Receive and review Objection to Confirmation of Plan filed by Wiley France James III for Creditor Javier Hernandez. (James, Wiley) (related document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III | 0.50 | $300.00 | $150.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Miranda, Carlos) (related document(s): [42] Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E). | | | |
| Service | CAM | 10/24/2016 | Check on status of Javier Hernandez's Ballot. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 10/24/2016 | Check on Deadline by any creditor that desires to change its vote on the Plan Due to the Plan Modification must provide a ballot to H&J Alamo Auto's counsel / Deadline for all creditors or parties in interest to file objections to the Plan Modification. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 10/24/2016 | Receive and reply to email from Corey Haugland regarding Ballot and 2015 Federal Income Tax Return. | 0.20 | $300.00 | $60.00 |
| Service | GP | 10/24/2016 | Drat amended ballot for voting purposes by Mr. Hernandez. | 0.50 | $200.00 | $100.00 |
| Service | CAM | 10/24/2016 | Receive email from Corey Haugland regarding meeting to discuss Javier Hernandez's Claim. | 0.20 | $300.00 | $60.00 |
| Service | GP | 10/24/2016 | Receive and review of various email with ballot and amended POC from from Mr. Hernandez. | 0.30 | $200.00 | $60.00 |
| Service | GP | 10/31/2016 | Draft and e-file Amended Ballot Summary. | 0.50 | $200.00 | $100.00 |
| Service | CAM | 10/31/2016 | Review and have filed Amended Ballot Summary filed by Carlos A. Miranda IIIfor Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (Related Document(s): [57] Ballot Summary filed by Carlos A. Miranda IIIfor Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (Related Document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Miranda, Carlos) (related document(s): [42] Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 | 0.10 | $300.00 | $30.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E). | | | |
| Service | CAM | 10/31/2016 | Receive and review email from Jeri Leigh Miller, Law Clerk to the Honorable H. Christopher Mott regarding hearings set for Thursday, November 10, 2016 at 10:00 a.m. (MT) on the following: 1. Amended Chapter 11 Plan (dkt# 48) filed by Carlos Miranda III, and the Objection thereto (dkt# 87) filed by Wiley James III; 2. Amended Disclosure Statement (dkt# 49) filed by Carlos Miranda III; and 3. Motion for Estimation of the General Unsecured Claim of Javier Hernandez for Voting Purposes Pursuant to 11 U.S.C. Section 502(c) (dkt# 78) filed by Carlos Miranda III, and the Response thereto (dkt# 85) filed by Wiley James III. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 11/03/2016 | Draft email to C. Haugland and B. Duke, Counsel for Hernandez regarding possibility of meeting in the next couple of days. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 11/04/2016 | Various email conferences with Corey Haugland regarding meeting to discuss Claim of Javier Hernandez. | 0.20 | $300.00 | $60.00 |
| Service | GP | 11/08/2016 | Receive and review of exhibits delivered by Mr. Hernandez. Cause our exhibits to be delivered. Conduct office meeting with client, CAM, CGM and accountant. | 3.00 | $200.00 | $600.00 |
| Service | CAM | 11/10/2016 | Receive and review Hearing Held: APPROVED ON FINAL BASIS; ORDER TO COME BY: CARLOS MIRANDA. (Related Document(s): [49] Amended Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)(Miranda, Carlos) (related document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Miranda, Carlos) (related document(s): [42] Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E))))) Order due by 11/25/2016. | 0.10 | $300.00 | $30.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | GP | 11/10/2016 | Continue to work on legal arguments, exhibits and other related matters for hearing on motion to estimate claim and confirmation of the Chapter 11 Plan. Travel to courthouse and confer with client, wait for case to be called and announce ready for scheduled hearings. Conduct meeting with judge, UST and opposing counsel. Successfully conduct settlement discussions, announce settlement terms on the record, successfully obtain confirmation of plan and final approval of disclosure statement. Return to office. | 5.00 | $200.00 | $1,000.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Carlos Miranda | 19.7 | $300.00 | $5,910.00 |
| Gabe Perez | 59.8 | $200.00 | $11,960.00 |
| | | **Subtotal** | **$17,870.00** |

## 1846.008

## General Administrative/MOR

| Type | Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | CAM | 04/21/2016 | Review and revise March MOR and have same efiled. | 0.30 | $300.00 | $90.00 |
| Service | GP | 04/25/2016 | Receive and review of MOR. Redact, finalize and e-file. | 0.20 | $200.00 | $40.00 |
| Service | GP | 04/26/2016 | Review email from client rewarding amount reflected in MOR's and quarterly fees paid. Review previous MOR's and prepare response. | 0.02 | $200.00 | $4.00 |
| Service | CAM | 05/25/2016 | Receive and review April MOR. | 0.50 | $300.00 | $150.00 |
| Service | GP | 05/26/2016 | receive, review, redact and e-file Monthly Operating Report for April 2016. | 0.30 | $200.00 | $60.00 |
| Service | GP | 06/20/2016 | Receive, review, redact and e-file May 2016 Monthly Operating Report. | 0.30 | $200.00 | $60.00 |
| Service | CAM | 07/25/2016 | Review June 2016 MOR and have same efiled. | 0.30 | $300.00 | $90.00 |
| Service | GP | 07/26/2016 | Revise, redact and e-file June MOR. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 08/25/2016 | Receive and review July 2016 MOR. | 0.30 | $300.00 | $90.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | GP | 08/26/2016 | Receive, review. redact and e-file July 2016 MOR. | 0.50 | $200.00 | $100.00 |
| Service | CAM | 09/23/2016 | Receive and review August 2016 Monthly Operating Report. | 0.30 | $300.00 | $90.00 |
| Service | GP | 09/27/2016 | receive, review, redact and e-file August 2016 Monthly Operating Report. | 0.30 | $200.00 | $60.00 |
| Service | GP | 10/27/2016 | Revise, redact and e-file September 2016 MOR. | 0.30 | $200.00 | $60.00 |
| Service | CAM | 10/27/2016 | Review Report of Operations for September 2016 filed by Carlos A. Miranda IIIfor Debtor H&J Alamo Auto Glass, Inc. | 0.30 | $300.00 | $90.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Carlos Miranda | 2.0 | $300.00 | $600.00 |
| Gabe Perez | 2.12 | $200.00 | $424.00 |
| | | **Subtotal** | **$1,024.00** |

## 1846.009

## General Counseling

| Type | Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | CAM | 04/12/2016 | Receive and review email from John Munoz attaching proof of payments made to Secured Creditors IRS and Comptroller under Cash Collateral Order. | 0.20 | $300.00 | $60.00 |
| Service | CAM | 04/30/2016 | Review status of various pending matters, including IRS Trust Fund inquiries and questions relating Monthly Operating Reports. | 0.20 | $300.00 | $60.00 |
| Service | CAM | 05/02/2016 | Review proof of adequate protection payments forwarded by Debtor. | 0.20 | $300.00 | $60.00 |
| Service | CAM | 05/07/2016 | Receive correspondence from Texas Comptroller of Public Accounts/ Ron del Vento demanding payment of $55,XXX from Debtor's principals or else it will commence litigation against them. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 05/07/2016 | Draft email to Joshue Rodriguez, Texas Comptroller of Public Accounts forwarding initial Voluntary Chapter 11 Petition as requested by Debtor's principal. | 0.10 | $300.00 | $30.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | GP | 06/08/2016 | Conduct telephone conference with UST to address all pending issues on the case and status of Disclosure Statement and Plan of reorganization. | 0.20 | $200.00 | $40.00 |
|---------|----|-----------|-----------------------------------------------------------------------------------------------|------|---------|--------|
| Service | CAM | 06/16/2016 | Receive and review payment history from Texas Comptroller of Public Accounts. | 0.20 | $300.00 | $60.00 |
| Service | CAM | 07/13/2016 | Receive and review email from Jose Rodriguez, Investigator with the Texas Attorney General regarding personal liability of Debtor's principals and reply to same. | 0.20 | $300.00 | $60.00 |
| Service | CAM | 07/25/2016 | Receive and review Notice of Bankruptcy Payments Held from Texas Comptroller of Public Accounts. | 0.25 | $300.00 | $75.00 |
| Service | GP | 07/28/2016 | Prepare e-mail to AG regarding unauthorized with holdings by the comptroller. | 0.20 | $200.00 | $40.00 |
| Service | GP | 07/29/2016 | Draft Motion to Value Asserts of the Estate. | 1.00 | $200.00 | $200.00 |
| Service | GP | 08/01/2016 | Continue drafting Motion to Value Property of the Estate and proposed Order. Circulate for approval. | 1.20 | $200.00 | $240.00 |
| Service | CAM | 08/01/2016 | Review and revise Motion to Value Property of the Estate and Order on Motion. | 1.00 | $300.00 | $300.00 |
| Service | GP | 08/02/2016 | Draft Affidavit of John Munoz in Support of Motion to Value Collateral. | 1.00 | $200.00 | $200.00 |
| Service | CAM | 08/02/2016 | Review and finalize Affidavit in Support of Motion to Value Property. | 0.20 | $300.00 | $60.00 |
| Service | CAM | 08/02/2016 | Phone conference with Tony Aguilar, attorney for former principal, Munoz and spouse regarding claims of IRS and Comptroller, as well as claim against company under indemnification clause in Purchase Agreement. | 0.20 | $300.00 | $60.00 |
| Service | GP | 08/03/2016 | Revise, finalize and serve Motion to Value Property of the Estate upon parties in interest. | 0.50 | $200.00 | $100.00 |
| Service | GP | 08/04/2016 | Receive and review of email from client with amount withheld by IRS. Forward to Mr. Bass. | 0.20 | $200.00 | $40.00 |
| Service | GP | 08/04/2016 | Receive and review of proof of AP payments from client. Forward to UST. | 0.20 | $200.00 | $40.00 |
| Service | GP | 08/05/2016 | Conduct various discussion with Mr. Bass regarding payment of IRS' administrative claim. | 0.20 | $200.00 | $40.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | CAM | 08/24/2016 | Receive email from UST regarding delinquent Quarterly Fees. Draft email to John Munoz informing him of same. | 0.10 | $300.00 | $30.00 |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------|------|---------|--------|
| Service | CAM | 08/25/2016 | Receive email from John Munoz forwarding copy of check for payment of 50% of outstanding Quarterly Fees. Forward copy of same to Kevin Epstein, UST. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 08/29/2016 | Receive and review following Order and have same forwarded to Client: Case Name: H&J Alamo Auto Glass, Inc. Case Number: 15-31917-hcm Document Number: 59 Docket Text: Order Regarding (related document(s): [56] Motion To Value Collateral (21 Day Objection Language) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit D # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Proposed Order)) (Order entered on 8/29/2016) | 0.30 | $300.00 | $90.00 |
| Service | GP | 08/29/2016 | Receive and review of Order on Motion to Value Collateral. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 08/31/2016 | Receive and review Plaintiff's Original Petition and Discovery filed by Javier Hernandez based on a wrongful termination claim for retaliation. | 0.50 | $300.00 | $150.00 |
| Service | GP | 09/01/2016 | Review copy of state law suit and confer with CAM. Conduct meeting with client to address law suit and all pending issues. Draft, e-file and serve Suggestion of Bankruptcy. | 2.00 | $200.00 | $400.00 |
| Service | CAM | 09/01/2016 | Receive and review Suggestion of Bankruptcy in Javier Hernandez State Court matter. Have same forwarded to John Munoz. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 09/01/2016 | Office conference with Mr. and Mrs. Munoz to discuss petition filed by Javier Hernandez and responses to same. | 0.50 | $300.00 | $150.00 |
| Service | CAM | 09/02/2016 | Draft detailed email to Daniela Labinoti and Brett Duke, Counsel for Plaintiff Javier Hernandez. | 0.50 | $300.00 | $150.00 |
| Service | CAM | 09/02/2016 | Receive email from Juan Munoz regarding additional tax liabilities and correspondence from IRS. Informed that IRS agent will be contacting him and told him to let me know when he does. | 0.10 | $300.00 | $30.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CAM | 09/02/2016 | Draft Motion for Status Conference on Hernandez Petition and Order on same. Draft Motion for Expedited Setting on Motion for Status Conference and Order on same. | 2.00 | $300.00 | $600.00 |
| Service | GP | 09/02/2016 | Review, finalize, e-file and serve upon opposing counsel a copy of Motion for Status Conference To Address State Court Lawsuit for Wrongful Termination Filed Postpetition for Prepetition Claim on Eve of Confirmation Hearing and Motion for Expedited Hearing. Forward to client. | 1.00 | $200.00 | $200.00 |
| Service | GP | 09/02/2016 | Receive and review of T&T Contract from client and documents related to workers comp claim. | 0.40 | $200.00 | $80.00 |
| Service | CAM | 09/06/2016 | Receive and review Order Regarding (related document(s): [62] Motion to Expedite Hearing filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. (Attachments: # 1 Exhibit # 2 Proposed Order)(Miranda, Carlos) (Related Document(s): [61] Motion for Status Conference To Address State Court Lawsuit for Wrongful Termination Filed Postpetition for Prepetition Claim on Eve of Confirmation Hearing filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order))) (Order entered on 9/6/2016). Receive and review Order Regarding (related document(s): [61] Motion for Status Conference To Address State Court Lawsuit for Wrongful Termination Filed Postpetition for Prepetition Claim on Eve of Confirmation Hearing filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) (Order entered on 9/6/2016). | 0.20 | $300.00 | $60.00 |
| Service | GP | 09/06/2016 | Receive and review of proof of payment of quarterly fees. Forward to UST. | 0.20 | $200.00 | $40.00 |
| Service | GP | 09/07/2016 | Draft and e-file,e-mail and fax Notice of Telephonic Status Conference. | 1.00 | $200.00 | $200.00 |
| Service | GP | 09/07/2016 | Receive and review of email from client with Notice of Withholding of Tax Refund and IRS Notice of Collection to Principals. Prepare email to Mr. Bass. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 09/08/2016 | Receive email from B. Duke regarding appearance at Telephonic Conference on | 0.20 | $300.00 | $60.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Request for Status Hearing. Phone conference with Brett Duke regarding same. |  |  |  |
| Service | CAM | 09/08/2016 | Receive and review procedures for telephonic conferences. | 0.20 | $300.00 | $60.00 |
| Service | GP | 09/08/2016 | Receive and review of proof of adequate protection payments. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 09/09/2016 | Prepare for and attend Status Conference on Wrongful Termination Claim of Javier Hernandez. | 1.00 | $300.00 | $300.00 |
| Service | CAM | 09/09/2016 | Receive and review proof of Adequate Protection payments by Debtor. | 0.20 | $300.00 | $60.00 |
| Service | CAM | 09/09/2016 | Receive and review, and forward to Brett Duke and John Munoz the Order Resetting Plan Confirmation Hearing And Establishing Deadlines Regarding Clam For Wrongful Termination (related document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Miranda, Carlos) (related document(s): [42] Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E))), [49] Amended Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)(Miranda, Carlos) (related document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Miranda, Carlos) (related document(s): [42] Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E))))) (Order entered on 9/9/2016). | 1.00 | $300.00 | $300.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | Receive and review Request for Notice-Interested Parties (Related Document(s): [68] Order Resetting Plan Confirmation Hearing And Establishing Deadlines Regarding Clam For Wrongful Termination (related document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Miranda, Carlos) (related document(s): [42] Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E))), [49] Amended Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)(Miranda, Carlos) (related document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Miranda, Carlos) (related document(s): [42] Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E))))) (Order entered on 9/9/2016). | | | |
|---------|-----|------------|-----------------------------------------------------------------------|------|----------|---------|
| Service | CAM | 09/12/2016 | Email conference with John Munoz regarding availability of insurance coverage for wrongful termination claim. | 0.10 | $300.00 | $30.00 |
| Service | GP | 09/22/2016 | Telephone conference with client to address status of case. | 0.20 | $200.00 | $40.00 |
| Service | GP | 09/22/2016 | Receive and review of Notice of Appearance and Request for Service of Notice filed by Corey W. Haugland for Creditor Javier Hernandez. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 09/23/2016 | Draft email to Juan Munoz forwarding email from Corey Haugland, Counsel for Plaintiff | 0.10 | $300.00 | $30.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

|  |  |  | Javier Hernandez requesting bankruptcy and financial information and advise that same should be provided. |  |  |  |
|---|---|---|---|---|---|---|
| Service | CAM | 09/23/2016 | Receive Notice of Appearance and Request for Service of Notice filed by Corey W. Haugland for Creditor Javier Hernandez. (Haugland, Corey). | 0.10 | $300.00 | $30.00 |
| Service | CAM | 09/23/2016 | Begin drafting Motion to Estimate Claim of Plaintiff, Javier Hernandez. | 0.50 | $300.00 | $150.00 |
| Service | CAM | 09/23/2016 | Forward email to Corey Haugland previously sent to Brett Duke forwarding Confirmation Packet. | 0.10 | $300.00 | $30.00 |
| Service | GP | 09/23/2016 | Receive and review of email from Mr. Haugland advising that he has filed NOA for Mr, Hernandez. Forward copies of Disclosure Statement and Plan of Reorganization. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 09/26/2016 | Receive phone call from Javier Hernandez's attorney's office Labinoti regarding filing a Motion for Relief as to insurance only. Respond to phone call and inform them that we have no opposition to the automatic stay being terminated only to the extent that there is insurance coverage. Send email to client advising him of same and instruct him to send a copy of the lawsuit for wrongful termination to his insurance agent. | 0.20 | $300.00 | $60.00 |
| Service | GP | 09/27/2016 | Prepare email to Mr. Haugland with copies of tax returns and latest MOR as requested. | 0.20 | $200.00 | $40.00 |
| Service | GP | 09/28/2016 | Receive and review of email from Mr. Hernandez regarding status of the case and requesting financial info. Prepare response. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 09/29/2016 | Draft Motion for Estimation of Claim of Javier Hernandez Pursuant to 11 USC 502(c). | 3.00 | $300.00 | $900.00 |
| Service | GP | 10/03/2016 | Conduct office meeting with client to address issues on Motion to Estimate Claim. | 1.00 | $200.00 | $200.00 |
| Service | CAM | 10/03/2016 | Office conference with Mr. and Mr. Munoz to review Motion for Estimation of Claim of Javier Hernandez Pursuant to 11 USC 502. | 0.50 | $300.00 | $150.00 |
| Service | CAM | 10/06/2016 | Trip to Alamo Auto Glass to meet with John and Irma Munoz to review Exhibits in Support of Motion for Estimation of Claim of | 3.00 | $300.00 | $900.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Javier Hernandez Pursuant to 11 USC 502(c). Return to office and work on Motion for Estimation of Claim of Javier Hernandez Pursuant to 11 USC 502(c). | | | |
| Service | GP | 10/07/2016 | Revise, finalize and work on exhibits to be introduced at hearing on Motion for Estimation of Claim. Draft proposed Order, efile pleadings and cause Motion to be served upon parties in interest. | 1.50 | $200.00 | $300.00 |
| Service | CAM | 10/07/2016 | Extensively revise and finalize Motion for Estimation of Claim of Javier Hernandez Pursuant to 11 USC 502(c) and have same efiled by today's deadline. | 3.00 | $300.00 | $900.00 |
| Service | CAM | 10/11/2016 | Draft Motion for Expedited Setting for Hearing on Estimation Motion and Order on same. Draft Certificae of Conference. | 1.00 | $300.00 | $300.00 |
| Service | CAM | 10/13/2016 | Draft email to Corey Haugland and Brett Duke regarding conferencing on matter as instructed by Bankruptcy Court's procedural Order. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 10/13/2016 | Draft email to Kevin Epstein, UST forwarding Adequate Protection Payments and informing him of status of Estimation Motion. | 0.10 | $300.00 | $30.00 |
| Service | GP | 10/14/2016 | Work with Mr. Miranda on Modification of Plan to provide for Mr. Hernandez claim. Revise, finalize and e-file along with Notice of Deadlines Relating to Modification to Debtor's Amended Plan of Reorganization (Doc. #48) Pursuant to 11 U.S.C. Section 1127(a) and Rules 2002(m) and 3019(a). | 1.50 | $200.00 | $300.00 |
| Service | CAM | 10/16/2016 | Work on Memorandum of Authorities in Support of Motion for Estimation of Claim Pursuant to 11 USC 502(c). | 3.00 | $300.00 | $900.00 |
| Service | GP | 10/17/2016 | Receive and review of Order Regarding Motion to Expedite Hearing of Motion for Estimation of the General Unsecured Claim of Javier Hernandez for Voting Purposes Pursuant to 11 U.S.C. Section 502(c). Forward to client and serve upon opposing counsel. | 0.20 | $200.00 | $40.00 |
| Service | GP | 10/17/2016 | Revise finalize and e-file Certificate of Conference. Serve upon related parties. | 0.20 | $200.00 | $40.00 |
| Service | GP | 10/24/2016 | Conduct various communications with CPA, CAM and client. | 1.00 | $200.00 | $200.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | CAM | 10/26/2016 | Receive and review Declaration For Electronic Filing Due Letter Sent to: Mr. Miranda (Related Document(s): [77] Amended Schedules and Summary: Amended Schedule(s): F, ( Filing Fee: $ 30.00 ) filed by Carlos A. Miranda IIIfor Debtor H&J Alamo Auto Glass, Inc.. - Declaration for Electronic Filing due by 10/ 6/2016 (Attachments: # 1 Exhibit Matrix)) - Declaration for Electronic Filing due by 11/ 10/2016. | 0.10 | $300.00 | $30.00 |
|---------|-----|------------|---------------------------------------------------------|------|---------|---------|
| Service | GP | 11/01/2016 | Receive and review of email from Texas AG regarding missing payments to TWC. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 11/03/2016 | Draft Witness and Exhibit List for Hearing on Estimation Motion. | 0.50 | $300.00 | $150.00 |
| Service | GP | 11/04/2016 | Revise, finalize, e-file and serve Witness and Exhibit List in Support of Motion for Estimation of Claim. | 0.30 | $200.00 | $60.00 |
| Service | GP | 11/04/2016 | Receive and review of documents from client addressing missed post petition payments to TWC. Forward to Assistant AG. | 0.20 | $200.00 | $40.00 |
| Service | GP | 11/07/2016 | Prepare, organize, copy and deliver exhibits to print ship for binding. | 2.00 | $200.00 | $400.00 |
| Service | CAM | 11/09/2016 | Receive and review Witness & Exhibit List in Support of Confirmation filed by Carlos A. Miranda IIIfor Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (Related Document(s): [48] Amended Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Miranda, Carlos) (related document(s): [43] Chapter 11 Plan (Small Business Debtor Case) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Miranda, Carlos) (related document(s): [42] Disclosure Statement filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E). | 0.10 | $300.00 | $30.00 |
| Service | CGM | 11/09/2016 | Work on all aspect of preparing for Estimation Motion Hearing, including detailed review of Claimant Javier Hernandez's Exhibits in Support of Claim for Wrongful Retaliation, and preparing Witness John Munoz's Direct Examination | 5.00 | $200.00 | $1,000.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | questions. Office conferences with John and Irma Munoz to review Exhibits and Direct Examination Questions. | | | |
| Service | CAM | 11/10/2016 | Receive and review Hearing Held: AGREED ORDER TO COME BY: COREY HAUGLAND. (Related Document(s): [78] Motion for Estimation of the General Unsecured Claim of Javier Hernandez for Voting Purposes Pursuant to 11 U.S.C. Section 502(c) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. (Attachments: # 1 Exhibit A # 2 Proposed Order)) Order due by 11/25/2016. | 0.10 | $300.00 | $30.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Carlos Maldonado | 5.0 | $200.00 | $1,000.00 |
| Carlos Miranda | 25.45 | $300.00 | $7,635.00 |
| Gabe Perez | 19.0 | $200.00 | $3,800.00 |
| | | **Subtotal** | **$12,435.00** |

## 1846.011

## POC Analysis & Objection

| Type | Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | GP | 04/08/2016 | Receive and review of POC 5 filed by Ernesto Pineda. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 04/11/2016 | Receive and review following and have same forwarded to John Munoz, Debtor's principal. Case Name: H&J Alamo Auto Glass, Inc. Case Number: 15-31917-hcm Creditor Name: Texas Comptroller of Public Accounts C/O Office of the Attorney General Bankruptcy & Collections Division MC-008 PO Box 12548 Austin TX 78711-2548 Claim Number: 6 &nbsp &nbsp Claims Register Amount Claimed: $54,885.03 Amount Secured: $54885.03 | 0.30 | $300.00 | $90.00 |
| Service | GP | 04/11/2016 | Receive and review of Proof of Claim filed by Texas Comptroller of Public Accounts. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 04/11/2016 | Receive and review following Proof of Claim and have same sent to Client: Case Name: H&J Alamo Auto Glass, Inc. Case | 0.40 | $300.00 | $120.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Number: 15-31917-hcm Creditor Name: Texas Comptroller of Public Accounts C/O Office of the Attorney General Bankruptcy & Collections Division MC-008 PO Box 12548 Austin TX 78711-2548 Claim Number: 6 &nbsp &nbsp Claims Register Amount Claimed: $54,885.03 Amount Secured: $54885.03 | | | |
| Service | CAM | 04/12/2016 | Receive and review following Proof of Claim and advise client of Claims Bar Date and request meeting to review all non-governmental Proofs of Claim filed as of the Claims Bar Date. Case Name: H&J Alamo Auto Glass, Inc. Case Number: 15-31917-hcm Creditor Name: Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 Claim Number: 7 &nbsp &nbsp Claims Register Amount Claimed: $2252.27 | 0.20 | $300.00 | $60.00 |
| Service | GP | 04/12/2016 | Receive and review of Proof of Claim filed by Synchrony Bank. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 04/12/2016 | Receive and review following Proof of Claim: Case Name: H&J Alamo Auto Glass, Inc. Case Number: 15-31917-hcm Creditor Name: ERNESTO PINEDA, ATTORNEY AT LAW, P.C. Claim Number: 5&nbsp&nbspClaims Register Total Amount Claimed: $51471.11 | 0.40 | $300.00 | $120.00 |
| Service | CAM | 04/15/2016 | Office conference with Debtor's principals to review Claims Register and decide which claims to file objections to, if any, as well as to amend Schedules to add certain general unsecured creditors. | 1.00 | $300.00 | $300.00 |
| Service | CAM | 05/04/2016 | Receive and review following Proof of Claim: Case Name: H&J Alamo Auto Glass, Inc. Case Number: 15-31917-hcm Creditor Name: Texas Workforce Commission Office of the Attorney General PO Box 12548, MC-008 Austin, TX 78711-2548 Claim Number: Amended 1 &nbsp &nbsp Claims Register Amount Claimed: $5943.84 Amount Secured: $5943.84 | 0.30 | $300.00 | $90.00 |
| Service | CAM | 05/04/2016 | Receive and review following Proof of Claim and forward to Client: Case Name: H&J Alamo Auto Glass, Inc. Case Number: 15-31917-hcm Creditor Name: Texas Workforce Commission Office of the Attorney General PO Box 12548, MC-008 Austin, TX 78771-2548 Claim Number: Amended 1 &nbsp &nbsp Claims Register | 0.30 | $300.00 | $90.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Amount Claimed: $5943.84 Amount Secured: $5943.84 | | | |
| Service | CAM | 05/05/2016 | Review claims, email to GPER regarding priority versus secured nature of Comptroller's claim. | 0.20 | $300.00 | $60.00 |
| Service | GP | 05/09/2016 | Receive and review of amended proof of claim filed by the Texas Workforce Commission. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | GP | 06/02/2016 | Review file and relevant documents and draft Objection to Proof of Claim of the Texas Comptroller of Public Accounts (Claim No. 6) on Negative Notice Pursuant to Bankruptcy Rule 3007(d) and proposed Order. | 2.00 | $200.00 | $400.00 |
| Service | CAM | 06/16/2016 | Finalize Debtor's Objection to Proof of Claim of the Texas Comptroller of Public Accounts. | 0.30 | $300.00 | $90.00 |
| Service | CAM | 08/03/2016 | Receive and review following Amended Proof of Claim of Texas Workforce Commission and have same sent to Client. Case Name: H&J Alamo Auto Glass, Inc. Case Number: 15-31917-hcm Creditor Name: Texas Workforce Commission Office of the Attorney General Bankruptcy & Collections Division P. O. Box 12548, MC-008 Austin, TX 78771-2548 Claim Number: Amended 8 | 0.10 | $300.00 | $30.00 |
| Service | GP | 08/04/2016 | Receive and review of amended Proof of Claim from Texas Workforce Commission. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | GP | 09/22/2016 | Receive and review of Proof of Claim No. 9 filed by Javier Hernandez. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 09/23/2016 | Receive and review Case Name: H&J Alamo Auto Glass, Inc. Case Number: 15-31917-hcm Creditor Name: Javier Hernandez c/o Corey W. Haugland James & Haugland, P.C. 609 Montana Avenue El Paso, Texas 79902 Claim Number: | 0.20 | $300.00 | $60.00 |
| Service | CAM | 10/07/2016 | Draft Objection to Claim of Javier Hernandez (Claim No. 9) (21 Day Objection Language) Filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. | 1.00 | $300.00 | $300.00 |
| Service | GP | 10/10/2016 | Revise, finalize and e-file Objection to Proof of Claim of Javier Hernandez (Claim No. 9). Serve upon attorneys of record. | 0.30 | $200.00 | $60.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CAM | 10/17/2016 | Finalize Certificate of Conference and have same efiled. | 0.20 | $300.00 | $60.00 |
| Service | GP | 10/19/2016 | Receive and review of Response Filed by Wiley France James III for Creditor Javier Hernandez to Objection to Claim of Javier Hernandez (Claim No. 9). Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 10/19/2016 | Receive and review Response Filed by Wiley France James III for Creditor Javier Hernandez (James, Wiley) (related document(s): [79] Objection to Claim of Javier Hernandez (Claim No. 9) (21 Day Objection Language) Filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. (Attachments: # 1 Proposed Order). | 0.50 | $300.00 | $150.00 |
| Service | CAM | 10/20/2016 | Receive and review Response of Javier Hernandez to Objection to Proof of Claim. | 1.00 | $300.00 | $300.00 |
| Service | GP | 10/20/2016 | Receive and review of response to Objection to Claim of Mr. Hernandez. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 10/24/2016 | Receive Electronic Notice and have calendared Hearing to Consider and Act Upon the Following: (Related Document(s): [79] Objection to Claim of Javier Hernandez (Claim No. 9) (21 Day Objection Language) Filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. (Attachments: # 1 Proposed Order)) Hearing Scheduled For 12/15/2016 at 10:00 AM at El Paso Courtroom. | 0.10 | $300.00 | $30.00 |
| Service | CAM | 10/24/2016 | Receive and review Case Name: H&J Alamo Auto Glass, Inc. Case Number: 15-31917-hcm Creditor Name: Javier Hernandez c/o Corey W. Haugland James & Haugland, P.C. 609 Montana Avenue El Paso, Texas 79902 Claim Number: Amended 9 &nbsp &nbsp Claims Register Amount Claimed: $1,000,000.00 | 0.20 | $300.00 | $60.00 |
| Service | GP | 11/03/2016 | Receive and review of amended proof of claim from the Texas Workforce Commission. Forward to client. | 0.20 | $200.00 | $40.00 |
| Service | CAM | 11/03/2016 | Receive and review Amended Proof of Claim from Synchrony Bank c/o PRA Receivables Management, LLC in the amount of $2,252.27. | 0.10 | $300.00 | $30.00 |
| Service | GP | 11/04/2016 | Receive and review of Amended Proof of Claim filed by Synchrony Bank. Forward to client. | 0.20 | $200.00 | $40.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

| Service | CAM | 11/07/2016 | Receive and review Javier Hernandez's Exhibit and Witness List for Hearing on Debtor's Motion for Estimation of Claim [Doc. #78] filed by Corey W. Haugland for Creditor Javier Hernandez. (Haugland, Corey) (Related Document(s): [78] Motion for Estimation of the General Unsecured Claim of Javier Hernandez for Voting Purposes Pursuant to 11 U.S.C. Section 502(c) filed by Carlos A. Miranda III for Debtor H&J Alamo Auto Glass, Inc. (Attachments: # 1 Exhibit A # 2 Proposed Order)). | 0.30 | $300.00 | $90.00 |
| Service | CAM | 11/08/2016 | Office conference with Mr. Munoz and Mrs. Munoz, Accountant Bock, to prepare for Estimation Motion Hearing. | 1.50 | $300.00 | $450.00 |
| Service | CAM | 11/09/2016 | Prepare for Hearing on Estimation Motion. | 1.50 | $300.00 | $450.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Carlos Miranda | 10.1 | $300.00 | $3,030.00 |
| Gabe Perez | 4.3 | $200.00 | $860.00 |
| | | **Subtotal** | **$3,890.00** |

## 1846.014

## Schedules & SOFA

| Type | Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | GP | 09/29/2016 | Draft and e-file amended schedule F. Serve upon parties in interest. | 0.50 | $200.00 | $100.00 |
| Service | CAM | 09/29/2016 | Revise and revise Amended Schedules and Summary: Amended Schedule(s): F, ( Filing Fee: $ 30.00 ) filed by Carlos A. Miranda IIIfor Debtor H&J Alamo Auto Glass, Inc.. -Declaration for Electronic Filing due by 10/6/2016 (Attachments: # (1) Exhibit Matrix). | 0.25 | $300.00 | $75.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Carlos Miranda | 0.25 | $300.00 | $75.00 |
| Gabe Perez | 0.5 | $200.00 | $100.00 |

Invoice # 4073 - 1846.002, 1846.005, 1846.006, 1846.008, 1846.009, 1846.011, 1846.014 - 01/06/2017

|  |  |
|---|---|
| **Subtotal** | **$175.00** |

|  |  |
|---|---|
| **Subtotal** | **$36,104.74** |
| **Total** | **$36,104.74** |

## Statement of Account

| Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| ( $3,002.00 | + | $36,104.74 | ) - ( | $0.00 | ) = | **$39,106.74** |

**Please make all amounts payable to: Miranda & Maldonado, P.C.**

Payment is due upon receipt.

**EIN #26-1596438**